DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NASRA M. ARAFAT (IBRAHIM),**
Appellant,

v.

**MICHAEL SURDIS, JR., CHIROPRACTOR, M.D.,**
Appellee.

No. 4D18-737

[December 27, 2018]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael L. Gates, Judge; L.T. Case No. 17-14904CACE (12).

Nasra M. Arafat (Ibrahim), Coral Springs, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CONNER and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***